IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PAETEC COMMUNICATIONS, INC.

PAETEC COMMUNICATIONS OF VIRGINIA, INC.

US LEC OF PENNSYLVANIA INC.

US LEC OF VIRGINIA L.L.C

US LEC OF MARYLAND INC.

   Plaintiffs,

 vs.

CAVALIER TELEPHONE, L.L.C.,

   Defendant

Case: 1:07-cv-01993
Assigned To : Urbina, Ricardo M.
Assign. Date : 11/6/2007
Description: CONTRACT

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for PAETEC Communications, Inc., PAETEC Communications of Virginia, Inc., US LEC of Pennsylvania, Inc., US LEC of Virginia L.L.C., and US LEC of Maryland Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of PAETEC Communications, Inc. which have any outstanding securities in the hands of the public:

   PAETEC Holding Corporation

These representations are made in order that the judges of this court may determine the need for recusal.

        Attorney of Record

D.C. Bar No. 475821
BAR IDENTIFICATION NUMBER

        Jeffrey J. Binder, Esq.
        2510 Virginia Avenue, NW
        Washington, D.C. 20037
        (202) 965-0199