IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paetec Communications, Inc., <br><br> Paetec Communications of Virginia, Inc., <br><br> US LEC of Pennsylvania, Inc., <br><br> US LEC of Virginia, L.L.C., and <br><br> US LEC of Maryland, Inc. <br><br>    Plaintiffs, <br><br> v. <br><br> Cavalier Telephone, L.L.C., <br><br>    Defendant | Case No. 1:07-cv-01993 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Cavalier Telephone, L.L.C., by and through its undersigned counsel, and with the consent of Plaintiffs Paetec Communications, Inc., Paetec Communications of Virginia, Inc., US LEC of Pennsylvania, Inc., US LEC of Virginia, L.L.C. and US LEC of Maryland, Inc., hereby moves for an extension of time to file an answer, move or otherwise respond to the Complaint pursuant to Fed. R. Civ. P. 6(b)(1) and 12(a)(1)(A).

1.  The Complaint was served on or about November 6, 2007.

2.  Defendant's Answer is due <u>today</u>, November 26, 2007.

3.  The parties are engaged in discussions to resolve this matter amicably and hope to conclude the necessary agreements soon. If such discussions are unsuccessful, Defendant will require an enlargement of time within which to make proper investigation of the factual allegations contained in the Plaintiffs' Complaint, and to research available legal responses.

4.   Federal Rule of Civil Procedure 12(a)(1)(A) provides that "a defendant shall serve an answer . . . within twenty (20) days after being served with the summons and complaint."

5.   Federal Rule of Civil Procedure 6(b)(1) vests the Court with discretion to grant an enlargement of time under the circumstances here presented.

6.   Plaintiffs' counsel has orally consented to this Motion for Extension of Time.

7.   Defendant Cavalier Telephone, L.L.C. respectfully request that the Court grant an extension of time until December 26, 2007 in order to file an answer, move or otherwise respond to the Complaint in this matter.

CAVALIER TELEPHONE, L.L.C.

By:   /s/ Charles A. Zdebski_____

Counsel

Charles A. Zdebski, Esq., D.C. Bar # 475821
Matthew B. Kirsner, Esq., D.C. Bar # 466332
Troutman Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909
(202) 654-5632 (fax)
charles.zdebski@troutmansanders.com
matthew.kirsner@troutmansanders.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Motion on November 26, 2007. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on Plaintiffs' counsel of record will be effectuated by electronic means to:

Jeffrey J. Binder, Esq., D.C. Bar # 475821
The Watergate
Suite 1107 North
2510 Virginia Avenue, NW
Washington, D.C. 20037
(202) 965-0199
j.j.binder@verizon.net

*Counsel for Plaintiffs Paetec Communications, Inc., Paetec Communications of Virginia, Inc., US LEC of Pennsylvania, Inc., US LEC of Virginia, L.L.C. and US LEC of Maryland, Inc.*

this 26th day of November 2007.

/s/ Charles A. Zdebski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paetec Communications, Inc., <br><br> Paetec Communications of Virginia, Inc., <br><br> US LEC of Pennsylvania, Inc., <br><br> US LEC of Virginia, L.L.C., and <br><br> US LEC of Maryland, Inc. <br><br>        Plaintiffs, <br><br> v. <br><br> Cavalier Telephone, L.L.C., <br><br>        Defendant | Case No. 1:07-cv-01993 |

## ORDER

THIS DAY came Defendant Cavalier Telephone, L.L.C., by counsel, with the consent of Plaintiffs Paetec Communications, Inc., Paetec Communications of Virginia, Inc., US LEC of Pennsylvania, Inc., US LEC of Virginia, L.L.C. and US LEC of Maryland, Inc., to move the Court for an extension of time within which to file an Answer to the Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 6(b) and 12(a)(1)(A).

Accordingly, the Court, finding that cause exists to do so, hereby ORDERS that the Motion is granted, and Defendant Cavalier Telephone, L.L.C. shall have an extension of time until December 26, 2007 in order to file an answer, move or otherwise respond to the Complaint in this matter.

The Clerk is directed to send copies of this Order to counsel of record.

Date:_____                                    _____
                                                         HON. RICHARDO M. URBINA
                                                         UNITED STATES DISTRICT JUDGE