IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paetec Communications, Inc., <br><br> Paetec Communications of Virginia, Inc., <br><br> US LEC of Pennsylvania, Inc., <br><br> US LEC of Virginia, L.L.C., and <br><br> US LEC of Maryland, Inc. <br><br>     Plaintiffs, <br><br> v. <br><br> Cavalier Telephone, L.L.C., <br><br>     Defendant | Case No. 1:07-cv-01993 |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant Cavalier Telephone, L.L.C. ("Cavalier") and without objection by Plaintiffs Paetec Communications, Inc., Paetec Communications of Virginia, Inc., US LEC of Pennsylvania, Inc., US LEC of Virginia, L.L.C. and US LEC of Maryland, Inc., hereby moves that Charles A. Zdebski, Esq. and Matthew B. Kirsner, Esq. of Troutman Sanders LLP be relieved as Cavalier's counsel of record in this proceeding, and that Sharon J. Glover, Esq. and Noah M. Bason, Esq. be substituted as counsel of record to Cavalier.

Pursuant to Local Rules 7(a) and (c), Defendant Cavalier Telephone, L.L.C. includes the following statement of specific points of law and authority that support this Motion, along with a proposed Order endorsed by Cavalier's new and former counsel and Plaintiffs' counsel.

## ARGUMENT

On November 26, 2007, Cavalier retained Troutman Sanders LLP for the limited purpose of negotiating an extension of time to file responsive pleadings and filing a Motion for Extension of Time. Plaintiffs orally consented to Cavalier's Motion for Extension of Time. The Court granted Cavalier's Motion by Order dated November 26, 2007. Cavalier's new deadline for filing responsive pleadings is December 26, 2007.

As of December 18, 2007, Cavalier's in-house counsel, Sharon J. Glover, Esq. and Noah M. Bason, Esq., will be assuming primary responsibility for the defense of this matter. Attorneys Glover and Bason have given notice of their involvement in the case to Plaintiffs' counsel, Jeffrey J. Binder, Esq. Due to the fact that this case remains at the initial pleadings stage, no prejudice would be caused to any party by the Court allowing substitution of counsel. Plaintiffs' counsel has authorized Cavalier to represent to the Court that Plaintiffs do not object to substitution of counsel for Cavalier.

## CONCLUSION

For the reasons stated above, Defendant Cavalier Telephone, L.L.C. respectfully requests that the Court allow substitution of counsel and enter the accompanying proposed Order.

CAVALIER TELEPHONE, L.L.C.

By: /s/ Sharon J. Glover

Counsel

Sharon J. Glover, Esq., D.C. Bar # 450334
Cavalier Telephone, L.L.C.
2134 West Laburnum Avenue
Richmond, VA 23227
(804) 422-4503 (telephone)
(804) 422-4599 (facsimile)
sglover@cavtel.com

Noah M. Bason, Esq., D.C. Bar # 502598
Cavalier Telephone, L.L.C.
200 Fairbrook Drive, Suite 202
Herndon, VA 20170
nmbason@cavtel.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Motion on December 20, 2007. This Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on counsel of record will be effectuated by electronic means to:

Jeffrey J. Binder, Esq., D.C. Bar # 475821
Suite 1107 North
2510 Virginia Avenue, NW
Washington, D.C. 20037
(202) 965-0199
j.j.binder@verizon.net

*Counsel for Plaintiffs Paetec Communications, Inc., Paetec Communications of Virginia, Inc., US LEC of Pennsylvania, Inc., US LEC of Virginia, L.L.C. and US LEC of Maryland, Inc.*

Charles A. Zdebski, Esq., D.C. Bar # 475821
Matthew B. Kirsner, Esq., D.C. Bar # 466332
Troutman Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909
(202) 654-5632 (fax)
charles.zdebski@troutmansanders.com
matthew.kirsner@troutmansanders.com

*Counsel for Cavalier Telephone, L.L.C.*

this 20th day of December 2007.

/s/ Sharon J. Glover

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paetec Communications, Inc., <br><br> Paetec Communications of Virginia, Inc., <br><br> US LEC of Pennsylvania, Inc., <br><br> US LEC of Virginia, L.L.C., and <br><br> US LEC of Maryland, Inc. <br><br> Plaintiffs, <br><br> v. <br><br> Cavalier Telephone, L.L.C., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case No. 1:07-cv-01993** <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER SUBSTITUTING COUNSEL

THIS DAY came Defendant Cavalier Telephone, L.L.C. ("Cavalier") on its Motion for Substitution of Counsel and without any objection by Plaintiffs Paetec Communications, Inc., Paetec Communications of Virginia, Inc., US LEC of Pennsylvania, Inc., US LEC of Virginia, L.L.C. and US LEC of Maryland, Inc.

Accordingly, the Court hereby ORDERS that the Motion is granted, and that Troutman Sanders LLP shall be relieved as counsel of record for Cavalier and hereinafter Sharon J. Glover, Esq. and Noah M. Bason, Esq. shall serve as counsel of record to Cavalier.

The Clerk is directed to send copies of this Order to former and current counsel of record.

Date:_____                    _____
                                        HON. RICHARDO M. URBINA
                                        UNITED STATES DISTRICT JUDGE