## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paetec Communications, Inc., | ) |
| | ) |
| Paetec Communications of Virginia, Inc., | ) |
| | ) |
| US LEC of Pennsylvania, Inc., | ) |
| | ) |
| US LEC of Virginia, L.L.C., and | ) |
| | ) |
| US LEC of Maryland, Inc. | ) |
| | ) |
|      Plaintiffs, | ) |
| | )    **Case No. 1:07-cv-01993** |
| v. | ) |
| | ) |
| Cavalier Telephone, L.L.C., | ) |
| | ) |
|      Defendant | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to L.R. 83.6(b), Charles A. Zdebski, Esq. and Matthew B. Kirsner, Esq. of Troutman Sanders LLP hereby give notice of their withdrawal of appearance as counsel to Defendant Cavalier Telephone, L.L.C. ("Cavalier") in this matter. Sharon J. Glover, Esq. and Noah M. Bason, Esq. are now representing Cavalier.

CAVALIER TELEPHONE, L.L.C.

By:    /s/ Sharon J. Glover_____

Sharon J. Glover, Esq., D.C. Bar # 450334
Cavalier Telephone, L.L.C.
2134 West Laburnum Avenue
Richmond, VA 23227
(804) 422-4503 (telephone)
(804) 422-4599 (facsimile)
sglover@cavtel.com

By:    /s/ Charles A. Zdebski_____

Charles A. Zdebski, Esq., D.C. Bar # 475821
Matthew B. Kirsner, Esq., D.C. Bar # 466332
Troutman Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909
(202) 654-5632 (fax)
charles.zdebski@troutmansanders.com
matthew.kirsner@troutmansanders.com

Noah M. Bason, Esq., D.C. Bar # 502598
Cavalier Telephone, L.L.C.
200 Fairbrook Drive, Suite 202
Herndon, VA  20170
nmbason@cavtel.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed this Notice of Withdrawal of Appearance on

December 21, 2007.  This Motion is available for viewing and downloading from the Court's

Electronic Case Filing system.  Service on counsel of record will be effectuated by electronic

means to:

Jeffrey J. Binder, Esq., D.C. Bar # 475821
Suite 1107 North
2510 Virginia Avenue, NW
Washington, D.C. 20037
(202) 965-0199
j.j.binder@verizon.net

*Counsel for Plaintiffs Paetec Communications, Inc., Paetec Communications of Virginia,
Inc., US LEC of Pennsylvania, Inc., US LEC of Virginia, L.L.C. and US LEC of
Maryland, Inc.*

this 21st day of December 2007.

/s/ Sharon J. Glover