IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAETEC COMMUNICATIONS, INC. *et al.,*  :

    Plaintiff,  :

    v.

                                    :   Civil Case No.:  07-1993 (RMU)

CAVALIER TELEPHONE, L.L.C.,

    Defendant.  :

                                    :

**PROPOSED ORDER**

The Joint Motion of PAETEC and Cavalier to enlarge the time for Cavalier to file an answer or otherwise respond to the complaint, up to and including January 25, 2007, is hereby allowed.

                                                                             The Hon. Ricardo M. Urbina

                                                                             United States District Judge

DATED: