IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. *et al.*, | : |
| Plaintiff, | : |
| v. | : Civil Case No.: 07-1993 (RMU) |
| CAVALIER TELEPHONE, L.L.C., | |
| Defendant. | : |
| | : |

**PARTIES' JOINT MOTION TO ENLARGE TIME TO ANSWER THE COMPLAINT**

Plaintiff PAETEC Communications, Inc. *et al.* ("PAETEC"), and Defendant Cavalier Telephone, L.L.C. ("Cavalier") hereby jointly move this Honorable Court to enlarge the time for Cavalier to file its answer or otherwise respond to PAETEC's complaint up to and including January 25, 2007. As grounds for their motion, PAETEC and Cavalier state:

1. PAETEC and Cavalier have reached agreement on terms for settling this litigation;

2. Due to the scheduling difficulties associated with the Holiday Season, PAETEC and Cavalier require the enlarged period of time to draft and execute the settlement documents;

1

3. Upon completion and execution of the settlement documents between PAETEC and Cavalier, PAETEC will voluntarily dismiss its complaint;

4. Cavalier received one previous extension of time to respond to the complaint, assented to by PAETEC, in order to allow the parties to pursue settlement negotiations.

5. The granting of this joint motion will have no effects on existing deadlines other than the enlargement of time for Cavalier to respond to the complaint.

WHEREFORE, PAETEC and Cavalier respectfully request that this Court enter an order enlarging the time for Cavalier to answer or otherwise respond to the complaint up to and including January 25, 2007.

Respectfully submitted,

/s/ Sharon J. Glover, Esq.                                    /s/ Jeffrey J. Binder

Sharon J. Glover, Esq.                                         Jeffrey J. Binder, Esq.
D.C. Bar #450334                                               D.C. Bar #475821
Cavalier Telephone, L.L.C.                                     The Watergate
2134 West Laburnum Avenue                                      Suite 1107 North
Richmond, Virginia 23227                                       2510 Virginia Avenue, N.W.
804-422-4503                                                   Washington, D.C. 20037
sglover@cavtel.com                                             202-965-0199
                                                               j.j.binder@verizon.net

Attorney for:                                                  Attorney for:
Cavalier Telephone, L.L.C.                                     PAETEC Communications, Inc., *et al.*

Dated this 26th day of December, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
PAETEC COMMUNICATIONS, INC. *et al.,*  :

    Plaintiff,   :

    v.

                                                                 :   Civil Case No.:  07-1993 (RMU)

CAVALIER TELEPHONE, L.L.C.,

    Defendant.   :

_____ :


## PROPOSED ORDER

The Joint Motion of PAETEC and Cavalier to enlarge the time for Cavalier to file an answer or otherwise respond to the complaint, up to and including January 25, 2007, is hereby allowed.

 

                                                                                                                     _____

                                                                       The Hon. Ricardo M. Urbina

                                                                       United States District Judge

DATED: