IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) C.A.No. 1:07-CV-1993(RMU) ) ) |
| CAVALIER TELEPHONE, LLC | ) ) |
| Defendant. | ) ) |

NOTICE OF DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), all of the Plaintiffs discontinue the above-entitled action and dismiss the complaint with prejudice.

/s/
Jeffrey J. Binder, Esq.
D.C. Bar #475821
The Watergate
2510 Virginia Avenue, NW
Washington, D.C.  20037
j.j.binder@verizon.net
(202)965-0199

Dated this 25th day of
January, 2008